# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

RYAN TURIZO, individually and on behalf of all others similarly situated,

   Plaintiff,

     v.

REDBOX AUTOMATED RETAIL, LLC,

   Defendant.

Case No.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Redbox Automated Retail, LLC ("Defendant" or "Redbox") has removed the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida to the United States District Court for the Southern District of Florida. As grounds for removal, Defendant states as follows:

## NATURE OF THE ACTION

1. Plaintiff Ryan Turizo ("Plaintiff" or "Turizo") filed this action against Redbox on September 29, 2020, in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, case no. CACE2001606225 (the "Broward County Action").[1]

2. In the Broward County Action, Plaintiff asserts a claim against Defendant for violations of the Telephone Consumer Protection Act, 47 U.S.C § 227 ("TCPA"). Plaintiff seeks to bring this claim on behalf of a class of purportedly similarly-situated individuals.

---

[1] The docket and all filings made to date in the Broward County Action are attached as Exhibit A.

3. On September 29, 2020, Plaintiff also filed in the Broward County Action: (1) Plaintiff's Notice of Service of Interrogatories and Plaintiff's First Set of Interrogatories to Defendant; (2) Plaintiff's First Request for Production to Defendant; and (3) Plaintiff's Request for Inspection of Property. There are no hearings currently reflected on the docket in the Broward County Action.

4. Defendant was served with process in the Broward County Action on October 2, 2020. Defendant has not filed any responsive pleadings in the Broward County Action.

**BASIS FOR REMOVAL**

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Plaintiff's TCPA claim arises under federal law. *See Mims v. Arrow Financial Services, LLC*, 565 U.S. 368 (2012); *Speidel v. Am. Honda Fin. Corp.*, No. 2:14-cv-19-FtM-38CM, 2014 U.S. Dist. LEXIS 26778, at *3-4 (M.D. Fla. Mar. 3, 2014). Accordingly, Defendant is entitled to remove to this Court pursuant to 28 U.S.C. § 1441(a). *Speidel*, 2014 U.S. Dist. LEXIS 26778, at *3-6.

**PROCEDURAL REQUREMENTS**

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within thirty (30) days after the date that Defendant was first served with the summons and complaint in the Broward County Action.

7. There are no other defendants named in this action.

8. Venue lies in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, pursuant to 28 U.S.C. § 1446(a), because the Broward County Action was filed in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, which is located within this District and within this Division.

9. Written notice of this Notice of Removal is being served upon Plaintiff, and a

copy of the Notice of Removal is being filed with the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, as required by 28 U.S.C. § 1446(d).

10.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, please take notice that Defendant Redbox Automated Retail, LLC removes the action styled *Ryan Turizo v. Redbox Automated Retail, LLC*, No. CACE20016062, from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, where it is now pending, to the United States District Court for the Southern District of Florida, Fort Lauderdale Division, on this 19th day of October, 2020.

Dated: October 19, 2020

Respectfully submitted,

By:  */s/ Lawren A. Zann*
Lawren A. Zann
Fla. Bar No. 42997
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 527-2427
Facsimile: (954) 333-4027
lawren.zann@gmlaw.com

Martin W. Jaszczuk
(*pro hac vice* to be filed)
Margaret M. Schuchardt
(*pro hac vice* to be filed)
Tamra Miller
(*pro hac vice* to be filed)
JASZCZUK P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 442-0509
Facsimile: (312) 442-0519
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com
tmiller@jaszczuk.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Lawren A. Zann, an attorney, certify that I caused the foregoing document to be served upon the following via electronic mail and U.S. Mail on October 19, 2020:

Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com

Jibrael S. Hindi, Esq.
Florida Bar No.: 118259
E-mail: jibrael@jibraellaw.com
Thomas J. Patti, Esq.
Florida Bar No.: 118377
Email: tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301


　　　　　　　　　　　　　　　　　　　　　　 */s/ Lawren A. Zann*　　　　
　　　　　　　　　　　　　　　　　　　　　　　Lawren A. Zann